**Dismissed and Opinion Filed May 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00963-CR

### CORNELIUS TURNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-52355-M**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Bridges and Lang

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
150963F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CORNELIUS TURNER, Appellant

No. 05-15-00963-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-52355-M.
Opinion delivered per curiam before Chief Justice Wright and Justices Bridges and Lang.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 12, 2016.